

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00544-CV

Style:          Terry Neff and Iron Workers Mid-South Pension Fund v.

v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard,

Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, and Bruce M. Martin

Date motions filed*:      October 5, 2015

Type of motions:      Unopposed Motion for Admission *Pro Hac Vice* of Marissa A. Boynton and

Unopposed Motion in Support of Marissa A. Boynton Unopposed Motion for Admission *Pro Hac Vice*

Party filing motions:     Weatherford International Ltd. and Marissa R. Boynton, and

Rebecca N. Brandt, Counsel for Weatherford International Ltd.

Document to be filed:

If motion to extend time:
     Original due date:
     Number of previous extensions granted:         Current Due date:
     Date Requested:

Ordered that motion is:

     ☑     **Granted**

          If document is to be filed, document due:

          ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐     Denied

     ☐     Dismissed

     ☐     Other: _____

    .

Judge's signature:   /s/ Terry Jennings
          ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: October 15, 2015